UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NURIA MARTINEZ ALVARADO,
Petitioner,

v.

JEREMY CASEY, *et al.*,
Respondents.

Case No.: 26-cv-3633-JO-MSB

**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]**

Petitioner Nuria Martinez Alvarado filed a petition for writ of habeas corpus. Dkt. 1. The Court held oral argument on July 30, 2026. For the reasons stated on the record, the Court GRANTS Petitioner's habeas petition [Dkt. 1] and orders as follows.

1. Respondents are ORDERED to release Petitioner by 5 p.m. on July 31, 2026 and file an affidavit attesting to Petitioner's release the following business day.
2. If Respondents seek reconsideration of the Court's ruling, they may file supplemental briefing by August 6, 2026, addressing the following: (1) whether noncitizens subject to a final order of removal but in withholding-

only proceedings are subject to mandatory detention under 8 U.S.C. § 1231; (2) what statutory and procedural requirements govern the revocation of Petitioner's previously granted bond during withholding-only proceedings; (3) whether the substantive due process framework set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001) does not apply to noncitizens who are subject to a final removal order but are in withholding-only proceedings; and (4) whether there is a significant likelihood that Petitioner will be removed in the reasonably foreseeable future. If Respondents do not file supplemental briefing by August 6, 2026, the Court will construe that as a withdrawal or waiver of the above arguments.

**IT IS SO ORDERED.**

Dated: July 30, 2026

Honorable Jinsook Ohta
United States District Judge